| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | STEVEN J. SALTIEL (CSBN 202292) |
| | Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 5 | Telephone: (415) 436-6970 |
| | Facsimile: (415) 436-6748 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: CR-92-0180 SBA |
| | ) |
| v. | ) |
| | ) |
| BILLY JOE BERRY, JR., | ) |
| Defendant. | ) **ORDER REMITTING FINE** |
| | ) |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $4,800.00, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: 9/14/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Court Judge